FILED 12 NOV '26 11:20 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

UNITED STATES OF AMERICA

v.

GALINA LEBEDENKO

Defendant.

3:24-cr-00061-02-AB

GALINA LEBEDENKO, DECLARATION IN SUPPORT OF HER MOTION TO REDUCE SENTENCE.

I, Galina Lebedenko, declare and state under penalty of perjury pursuant to the laws of the United States of America that I have personal knowledge of the facts stated here-in and If called to testify I would state the same.

1) I am fifty one (51) years of age serving my custodial sentence of fifty seven (57) months at the BOP facility referred to as Victorville, located in Adelanto, California.

2) I am requesting the court reduce my sentence of imprisonment to forty six (46) months as a result of the recently amendment Nov. 1, 2026 sentencing guidelines.

3) My request is not to diminish my offense or ease the burden of incarceration existence, but rather to ease the burden I have placed on my family -- more specifically my daughter age twenty six (26) years old. A overwhelming consideration under the section 3553(a) criteria.

4) My Ukrainian born family values as a mother is to care for her daughters, not daughters care for their mother. The shame, remorse, and guilt of my actions is perhaps the hardest part of my incarceration.

5) Indeed my offense has a victim who has suffered enormous financial loss from my part in the conspiracy and it is my sincere hope that the sale of my assets along with my husband's will substantially reduce our restitution, leaving a balance that can be returned over time.

6) My reduction in sentence will return me home to ease the overwhelming burden I have caused to my family. My daughter Aliona at twenty six years old is a working full time mother supporting and caring for two small children age (2) and (8) months, one small dog as well as my mother and father ages (71) and (72) years senior. In addition my daughter is carrying the emotional burden of support for me and her father, Sergey. She lives with insults and judgement of the local community for my unlawful actions -- my offense has spilled over into her sterling unblemished reputation ,tarnished by Mom and Dad's imprisonment for our serious offense. I intend to spend the remainder of my life as a dependable mother and grandmother to heal and mend our family that my actions have fractured so badly.

(3) Family Circumstances of the Defendant.—

(A) The death or incapacitation of the caregiver of the defendant's minor child or the defendant's child who is 18 years of age or older and incapable of self-care because of a mental or physical disabil- ity or a medical condition.

(B) The incapacitation of the defendant's spouse or registered part- ner when the defendant would be the only available caregiver for the spouse or registered partner.

(C) The incapacitation of the defendant's parent when the defendant would be the only available caregiver for the parent.

(D) The defendant establishes that circumstances similar to those listed in paragraphs (3)(A) through (3)(C) exist involving any other immediate family member or an individual whose relation- ship with the defendant is similar in kind to that of an immediate family member, when the defendant would be the only available caregiver for such family member or individual. For purposes of this provision, "***immediate family member***" refers to any of the individuals listed in paragraphs (3)(A) through (3)(C) as well as a grandchild, grandparent, or sibling of the defendant.



© 2026 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

7) Although my motion is a reduction in sentence pursuant to the amended guidelines Section 3582(c)(2). I ask the court to consider also the RIS of 18 U.S.C. Section 3582(c)(1)(A) and review USSG 1B1.13 (3)(D) Family circumstances of defendant — immediate family member. (Attached is full chapter)

8) In general at the courts discretion I ask your Honor apply the "similar in kind" language generously.

9) Indeed the overwhelming burden of care place on my daughter for no less than seven individuals not including her own self care — could and can rise to incapacitation of family member. One of sheer exhaustion -- and debilitation both physically and mentally — a considerable burden to shoulder and survive alone,for my stand alone daughter to sustain.

10) Other considerations include the family variance listed within the statement of reasons allowance under family ties.

11) Simply put my punishment will extend far beyond prison custody time, it will continue after my release requiring on going amends to my family and society. It is my intention to promote respect for the law —being a law abiding citizen for the remainder of my life, promoting vigorous honesty in my daily actions.

Signed this 31 day of October, 2026

Galina Lebedenko
Reg. No. 95876-510